```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

DALTON EASLEY                                                    PLAINTIFF

        v.           Civil No. 11-5040

SERGEANT QUILL; and
DEPUTY GULLY                                                    DEFENDANTS

<u>**ORDER**</u>

Now on this 27TH day of December, 2011, comes on for consideration the **Report And Recommendation of the Magistrate Judge** (document #25), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #25) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this case is **dismissed with prejudice** based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE